UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

GILL HOLDING COMPANY, INC.,

        Plaintiff,

vs.

SUMMIT PARTNERS CREDIT ADVISORS, L.P.,

        Defendant.
_____/

Case No. 18-cv-316

Hon. Paul L. Maloney

## **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties herein stipulate that this action be dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: August 31, 2018

Respectfully submitted,

GILL HOLDING COMPANY, INC.,

By its attorneys,

    /s/ James R. Peterson
James R. Peterson (P43102)
Salvatore W. Pirrotta (P62596)
Miller Johnson
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
(616) 831-1700

SUMMIT PARTNERS CREDIT
ADVISORS, L.P.,

By its attorneys,

    /s/ Kevin J. O'Dowd
Kevin J. O'Dowd (P39383)
Thomas J. Vitale (P74083)
Kotz Sangster Wysocki, PC
40 Pearl Street NW, Suite 400
Grand Rapids, MI 49503
(616) 552-6400
kodowd@kotzsangster.com
tvitale@kotzsangster.com


Carl E. Metzger (BBO # 559329)
Joseph P. Rockers (BBO # 625020)
Tucker DeVoe (BBO # 693426)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231
cmetzger@goodwinlaw.com
jrockers@goodwinlaw.com
tdevoe@goodwinlaw.com